■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL KELLY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Burglary, 1st Degree.) Present—Callahan, J. P., Doerr, Denman, Pine and Lawton, JJ.

■ MICHAEL E. GUZIEC et al., Appellants, v MARK WOODS et al., Constituting the Zoning Board of Appeals of the City of Dunkirk, et al., Respondents.—Appeal unanimously dismissed without costs. Memorandum: Petitioners appeal from a judgment which affirmed the determination of the City of Dunkirk Zoning Board of Appeals granting a seasonal variance to respondents Runfola and Corsi to operate a hot dog stand on Runfola's property. Since the variance at issue expired by its own terms on November 1, 1989, this appeal is rendered moot *(see, Matter of Burns Pharmacy v Conley,* 146 AD2d 842, 843). Moreover, we conclude that the issue presented is not of such general interest or public importance that exception to the mootness doctrine is warranted *(see, Matter of Hearst Corp. v Clyne,* 50 NY2d 707, 714-715; *cf., Matter of Friends of Pine Bush v Planning Bd.,* 86 AD2d 246, 248, *affd* 59 NY2d 849). (Appeal from Judgment of Supreme Court, Chautauqua County, Cass, Jr., J.—Article 78.) Present—Callahan, J. P., Doerr, Green, Balio and Lowery, JJ.